UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENVILLE DIVISION

DYLAN LEE SOCKNESS,                    )
                                        )
            Plaintiff,                  )          2:25-CV-00137-DCLC-CRW
                                        )
    vs.                                 )
                                        )
JEREMIAH OWNE COYLE, JR. et al.,        )
                                        )
            Defendants.                 )
                                        )
                                        )

**ORDER**

This matter is before the Court to consider the Amended Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 27]. In the Amended R&R, the magistrate judge recommends that the previously issued Report and Recommendation [Doc. 14] be withdrawn, that Plaintiff's objections be denied as moot, that Plaintiff be permitted to proceed in this matter on his Second Amended Complaint [Doc. 24] because it sets forth a colorable claim over which the Court has diversity jurisdiction, and that Plaintiff's Motion to Reconsider Service by U.S. Marshals [Doc. 22] be granted. Plaintiff did not file objections to the Amended R&R.[1] *See* Fed.R.Civ.P. 72(b).

It is therefore **ORDERED** as follows:

1. The previously issued Report and Recommendation [Doc. 14] is **WITHDRAWN**.
2. Plaintiff's objections to the previously issued R&R are **DENIED AS MOOT**.
3. Plaintiff's Motion to Serve by U.S. Marshals [Doc. 11] is **DENIED AS MOOT**.
4. The Amended R&R [Doc. 27] is **ADOPTED**.
5. Plaintiff's Motion to Accept Amended Complaint [Doc. 23] is **GRANTED**.
6. Plaintiff may proceed on the Second Amended Complaint [Doc. 24], which asserts a colorable claim within this Court's diversity jurisdiction.

---

[1]     Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).

7. Plaintiff's Motion to Reconsider Service by U.S. Marshals [Doc. 22] is **GRANTED**. To effectuate service by the U.S. Marshals, Plaintiff must submit a USM-285 Form[2] to the Clerk. If a properly completed USM-285 Form accompanies the Complaint, the U.S. Marshals Service shall then serve the Complaint given that Plaintiff has already been found to be indigent. *See* 28 U.S.C. § 1915(d) (stating that for litigants that have been permitted to proceed in forma pauperis, "[t]he officers of the court shall issue and serve all process, and perform all duties in such cases.").

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[2]     Plaintiff must include the full case number, 2:25-CV-137, on this form.